# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CRAIG AND SHEILA P. MILLS

VERSUS

LISA PECQUET HARELL, CAROL
LEE GRIFFIN, THOMAS FRANKLIN
CARLSON, AND DECOLORES
ADOPTIONS INTERNATIONAL

NO.  2019 CW 1504

JAN 1 6 2020

---

In Re:   DeColores Adoptions International, applying for
         supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 638781.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**STAY DENIED; WRIT GRANTED.**  The trial court's September 27,
2019 judgment, which granted the Motion for New Trial filed by
Craig and Sheila Mills ("Mills") and vacated the judgment
granting summary judgment in favor of DeColores Adoptions
International ("DeColores") rendered in open court on February
25, 2019 and signed on April 30, 2019, is reversed.  The trial
court abused its discretion in granting the Mills' Motion for
New Trial, and the April 30, 2019 judgment of the trial court
granting DeColores' Motion for Summary Judgment and dismissing
the Mills' claims against it, with prejudice, is reinstated.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT